**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mitchell Jr., Howard E. <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 16-18795 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5678

                                                     Respectfully submitted,

                                                     <u>**/s/Brian C. Nicholas, Esquire**</u>
                                                     Brian C. Nicholas, Esquire
                                                     Thomas Puleo, Esquire
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 825-6306  FAX (215) 825-6406