# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 16-18795-MDC

HOWARD E. MITCHELL, JR.

315 SOUTH CAMAC STREET

PHILADELPHIA, PA 19107

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HOWARD E. MITCHELL, JR.

    315 SOUTH CAMAC STREET

    PHILADELPHIA, PA 19107


Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                            /S/ William C. Miller

Date: 9/26/2017                                    _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee