UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Howard E. Mitchell, Jr., | : | |
| Debtor. | : | Bankruptcy No.  16-18795-MDC |

# **O R D E R**

**AND NOW**, before this Court for consideration is the Motion for Relief (the "Motion") filed by U.S. Bank National Association ("U.S. Bank") on June 1, 2017.

**AND**, on June 7, 2017, Howard E. Mitchell, Jr. (the "Debtor", collectively with U.S. Bank, the "Parties") filed a Response to the Motion.

**AND**, on August 17, 2017, a hearing was held on the Motion.

**AND**, on that same day, the Parties advised this Court that the Parties had reached a settlement of the Motion and would file a stipulation settling the case by September 18, 2017.

**AND**, the Parties have failed to file a settlement stipulation.

It is hereby **ORDERED** that:

1. The Parties shall file a stipulation settling the Motion on or before **November 16, 2017**.

2. Upon failure to comply with Paragraph 1 of this Order, the Motion **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Dated:   November 3, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107