United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18795-mdc
Howard E. Mitchell, Jr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                 Page 1 of 1              Date Rcvd: Nov 03, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.
db             +Howard E. Mitchell, Jr.,    315 South Camac Street,    Philadelphia, PA 19107-5926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for NRZ Pass-Through Trust VIII
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Howard E. Mitchell, Jr. Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Howard E. Mitchell, Jr., | : | |
| Debtor. | : | Bankruptcy No.  16-18795-MDC |

# O R D E R

**AND NOW**, before this Court for consideration is the Motion for Relief (the "Motion") filed by U.S. Bank National Association ("U.S. Bank") on June 1, 2017.

**AND**, on June 7, 2017, Howard E. Mitchell, Jr. (the "Debtor", collectively with U.S. Bank, the "Parties") filed a Response to the Motion.

**AND**, on August 17, 2017, a hearing was held on the Motion.

**AND**, on that same day, the Parties advised this Court that the Parties had reached a settlement of the Motion and would file a stipulation settling the case by September 18, 2017.

**AND**, the Parties have failed to file a settlement stipulation.

It is hereby **ORDERED** that:

1. The Parties shall file a stipulation settling the Motion on or before **November 16, 2017**.

2. Upon failure to comply with Paragraph 1 of this Order, the Motion **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Dated:   November 3, 2017

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

2