United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard E. Mitchell, Jr.  
    Debtor

Case No. 16-18795-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 21, 2017  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.  
13876784       +U.S. Bank National Association,,    Nationstar Mortgage LLC,    PO Box 619096,     Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
         MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         ZACHARY PERLICK    on behalf of Debtor Howard E. Mitchell, Jr. Perlick@verizon.net, pireland1@verizon.net  
                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18795-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Howard E. Mitchell, Jr.
315 South Camac Street
Philadelphia PA 19107

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: U.S. Bank National Association,, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA 16354

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/23/17

Tim McGrath
**CLERK OF THE COURT**