United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard E. Mitchell, Jr.  
    Debtor

Case No. 16-18795-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 14, 2017  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.  
14017192      +U.S. Bank Trust National Association,    c/o BSI Financial Services,    314 S Franklin St, 2nd Floor,    Titusville, PA 16354-2168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
        MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        ZACHARY PERLICK    on behalf of Debtor Howard E. Mitchell, Jr. Perlick@verizon.net, pireland1@verizon.net  
                                                                                                                                                     TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-18795-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Howard E. Mitchell, Jr.
315 South Camac Street
Philadelphia PA 19107

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: U.S. Bank Trust National Association, c/o BSI Financial Services, 314 S Franklin St, 2nd Floor, Titusville, PA 16354

Name and Address of Transferee:

US Bank Trust National Association as Trustee
c/o BSI Financial Services
1425 Greenway Dr., ste 400
Irving TX 75038

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/16/17

Tim McGrath
**CLERK OF THE COURT**