# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **HOWARD E. MITCHELL, JR.** | : | Bankruptcy No. 16-18795-mdc |
| | : | |
| Debtor | : | Hearing Date & Time: 3/6/18 at 10:30 a.m. |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that he did serve a copy of U.S. Bank Trust N.A., as trustee of the Igloo Series III Trust's Motion for Relief from Stay and a Notice of Hearing to Consider Motion dated February 12, 2018, upon the Debtor, Debtor's Counsel, and the Chapter 13 Trustee on February 12, 2018. Finally, the undersigned certifies that no response was filed to the Motion for Relief.

WHEREFORE, U.S. Bank Trust N.A., as trustee of the Igloo Series III Trust respectfully requests this Honorable Court to enter an order granting U.S. Bank Trust N.A. Motion for Relief from Stay.

Dated: 3/2/18

TUCKER ARENSBERG, P.C.

/s/ Brett A. Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorney for U.S. Bank Trust N.A.

BANK_FIN:582814-1 032787-182492