United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18795-mdc
Howard E. Mitchell, Jr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Mar 29, 2018
                              Form ID: pdf900          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
db          +Howard E. Mitchell, Jr.,    315 South Camac Street,    Philadelphia, PA 19107-5926
cr          +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr          +BSI FINANCIAL SERVICES, INC.,    1425 GREENWAY DRIVE, SUITE 400,    IRVING, TX 75038-2480
cr          +U.S. Bank National Association,    Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
13891667     BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13871341    +Bank of America NA,    c/o Mario J. Hanyon, Esq.,    Phelan Hallinan Diamond & Jones LLP,
              1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13841364    +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13841366     Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
13841367    +GC Services Limited Partnership,    PO Box 3346,    Houston, TX 77253-3346
13841368    +Germantown Friend's School,    31 W. Coulter St.,    Philadelphia, PA 19144-2898
13841369    +Horsham Medical Assoc.,    1200 Old York Rd.,    Abington, PA 19001-3720
13841372     Medicare Premium Collection Center,    PO Box 790355,    Saint Louis, MO 63179-0355
13841373     Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13857966    +Nationstar Mortgage, LLC,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
              P.O. Box 17933,    San Diego, CA 92177-7921
13841374    +Ninth Street Internal Medicaine,    805 Locust St.,    Philadelphia, PA 19107-5507
13841375    +Oxford LP,    1 Ramsgate Ct.,    Blue Bell, PA 19422-2544
13841376    +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13841378    +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13841379    +PODS, Inc.,    PO Box 31673,    Tampa, FL 33631-3673
13841380    +St. Paul's,    325 Pleasant St.,    Concord, NH 03301-2552
13841381    +The Baldwin School,    701 Montgomery Ave.,    Bryn Mawr, PA 19010-3505
13900780    +U.S. Bank NA,    c/o Brian C. Nicholas, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13876784    +U.S. Bank National Association,,    Nationstar Mortgage LLC,    PO Box 619096,
              Dallas TX 75261-9096
14017192    +U.S. Bank Trust National Association,    c/o BSI Financial Services,
              314 S Franklin St, 2nd Floor,    Titusville, PA 16354-2168
14027860    +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
              1425 Greenway Dr., ste 400,    Irving TX 75038-2480
13841382     Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:40     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:11
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2018 04:10:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13841363    +E-mail/Text: EBNProcessing@afni.com Mar 30 2018 04:10:32     Afni,    PO Box 3097,
              Bloomington, IL 61702-3097
13841365     E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:39     City of Philadelphia,
              Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13931801    +E-mail/Text: bankruptcy@phila.gov Mar 30 2018 04:10:40
              City of Philadelphia Law Department, Tax Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd, 5th Floor,    Philadelphia, Pennsylvania 19102-1640
13841370     E-mail/Text: cio.bncmail@irs.gov Mar 30 2018 04:09:59     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13841371     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2018 04:10:33     Jefferson Capital Systems,
              PO Box 7999,    Saint Cloud, MN 56302-9617
13841377     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:11     PA Department of Revenue,
              Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE, LLC
cr*             BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
cr*             BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Randi                    Page 2 of 2                    Date Rcvd: Mar 29, 2018
                               Form ID: pdf900                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
              BRETT ALAN SOLOMON    on behalf of Creditor    US Bank Trust National Association as Trustee of the
               Igloo Series III Trust bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for NRZ Pass-Through Trust VIII
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Howard E. Mitchell, Jr. Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HOWARD MITCHELL   :   CHAPTER 13
                           :
         DEBTOR            :   BANKRUPTCY No. 16-18795MDC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:


THE HONORABLE MAGDELINE D. COLEMAN

Dated: 3/29/18